Simon Nicholas RICHMOND,
Appellant

v.

COLEMAN CABLE, LLC, Jiawei Technology (HK) Ltd., Jiawei Technology (USA) Ltd., Shenzhen Jiawei Photovoltaic Lighting Co., Ltd., Atico International (Asia) Ltd., Atico International USA, Inc., Smart Solar, Inc., Test Rite Products Corp., Appellees

2016-1773

United States Court of Appeals,
Federal Circuit.

June 9, 2017

THEODORE FREDERICK SHIELLS, Shiells Law Firm PC, Dallas, TX, argued for appellant. Also argued by MARCUS BENAVIDES, Benavides Law, Dallas, TX.

MARK CHRISTOPHER NELSON, Dentons US LLP, Dallas, TX, argued for appellees. Also represented by RICHARD SALGADO; KEVIN R. GREENLEAF, Palo Alto, CA.

### JUDGMENT

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

HTC CORPORATION, ZTE
(USA) Inc., Appellants

v.

CELLULAR COMMUNICATIONS
EQUIPMENT, LLC, Appellee

2016-1859

United States Court of Appeals,
Federal Circuit.

June 9, 2017

STEVEN ARTHUR MOORE, Pillsbury Winthrop Shaw Pittman LLP, San Diego, CA, argued for appellants. Also represented by MATTHEW ROBERT STEPHENS; BRIAN CHRISTOPHER NASH, Austin, TX.

CHRISTOPHER GRANAGHAN, Nelson Bumgardner PC, Fort Worth, TX, argued for appellee. Also represented by BARRY JAMES BUMGARDNER, JOHN P. MURPHY.

(Dyk, Reyna, and Taranto, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**